FILED
MAR 1 1 2010
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RIDUAN BIN ISOMUDDIN HAMBALI
Petitioner

v.

Civil Action No. 10-407

BARACK OBAMA, President of the United
States of America, et al.

## ORDER

In the interest of facilitating the appointment of counsel for the petitioner currently housed at Guantanamo, pursuant to the agreement of the Judges of this Court acting in Executive Session, July 1, 2008, it is hereby

ORDERED that the Office of the Federal Defender for the districts of Rhode Island, Massachusetts and New Hampshire is appointed to represent the Petitioner, Riduan Bin Isomuddin Hambali, (ISN 10019), and that the individual attorneys from the Federal Defender office who will represent the petitioner shall file a notice of appearance and, pursuant to LCvR 83.2(e), shall be allowed to appear in this Court as employees of the United States. Attorneys so appointed shall, pursuant to LCvR 5.4(b), obtain a CM/ECF password from the Clerk in order to file documents with the Court or to receive copies of opinions and orders of the Court

SO ORDERED.

3/10/10
DATE

Royce C. Lamberth
Chief Judge