**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **RIDUAN BIN ISOMUDDIN HAMBALI,**<br><br>Petitioner,<br><br>v.<br><br>**BARACK OBAMA, et al.,**<br><br>Respondents. | Civil Action No. 10-0407 (JDB) |

**ORDER**

Upon consideration of Respondents' Motion for an Extension of Time to disclose exculpatory information pursuant to Section 1.D.1 of the Case Management Order, it is hereby **ORDERED** that Respondents' motion is granted. Disclosure of exculpatory evidence pursuant to Section 1.D.1 of the Case Management order shall occur by not later than July 31, 2012.

It is further **ORDERED** that on that date, the government shall file a notice certifying either that it has disclosed the exculpatory evidence or that it does not possess any exculpatory evidence.

**SO ORDERED**.

                                        /s/ John D. Bates
                                        JOHN D. BATES
                                    United States District Judge

Dated: July 27, 2012