# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIDUAN BIN ISOMUDDIN HAMBALI,**<br><br>Petitioner,<br><br>v.<br><br>**BARACK OBAMA, et al.,**<br><br>Respondents. | Civil Action No. 10-0407 (JDB) |

## ORDER

Upon consideration of Respondents' Motion for an Extension of Time to disclose exculpatory information pursuant to Section 1.D.1 of the Case Management Order, it is hereby

**ORDERED** that Respondents' motion is granted. Disclosure of exculpatory evidence pursuant to Section 1.D.1 of the Case Management order shall occur by not later than September 28, 2012. It is further

**ORDERED** that on that date, the government shall file a notice certifying either that it has disclosed the exculpatory evidence or that it does not possess any exculpatory evidence.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: August 9, 2012