UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIDUAN BIN ISOMUDDIN HAMBALI,**<br><br>Petitioner,<br><br>v.<br><br>**BARACK OBAMA, et al.,**<br><br>Respondents. | Civil Action No.  10-0407 (JDB) |

### ORDER

Upon consideration of [44] Respondents' Opposed Motion to Deem Protected Information Highlighted in the Accompanying Proposed Public Factual Return for ISN 10019, and a review of that proposed public factual return, it is hereby **ORDERED** that Respondents' motion is **GRANTED**.  The information identified by Respondents with green or gray highlighting in the version of the factual return submitted under seal to the Court is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding.  It is further **ORDERED** that Respondents file on the public record, through the Court's Electronic Case Filing system, a public version of the factual return from which the information that was highlighted in green or gray in the proposed public version submitted to the Court has been redacted.

**SO ORDERED**.

/s/ John D. Bates
JOHN D. BATES
United States District Judge

Dated: September 26, 2012