UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RIDUAN BIN ISOMUDDIN HAMBALI,**<br><br>Petitioner,<br><br>v.<br><br>**BARACK OBAMA, et al.,**<br><br>Respondents. | Civil Action No.  10-0407 (JDB) |

### ORDER

Upon consideration of [48] Respondents' Consent Motion for Partial Two-Week Extension of Time to Deposit Small Number of Classified Documents with the Classified Information Security Officer ("CISO") Pursuant to [47] the Court's Order of September 28, 2012, it is hereby

**ORDERED** that Respondents' motion is **GRANTED**. Respondents shall deposit with the CISO the outstanding classified documents that are potentially exculpatory, pursuant to Section I.D.1 of the Case Management Order and [47] the Court's Order of September 28, 2012, by not later than October 12, 2012.  It is further

**ORDERED** that on that date, the government shall file a notice certifying either that it has disclosed the exculpatory evidence or that it does not possess any exculpatory evidence.

**SO ORDERED**.

/s/ John D. Bates<br>
JOHN D. BATES<br>
United States District Judge

Dated: September 28, 2012