UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIDUAN BIN ISOMUDDIN HAMBALI,<br><br>Petitioner,<br><br>v.<br><br>BARACK OBAMA, et al.,<br><br>Respondents. | Civil Action No.  10-0407 (JDB) |

### ORDER

Upon consideration of [55] Respondents' Supplemental Motion to Deem Protected Additional Words in the Proposed Public Factual Return for ISN 10019, and a review of the proposed additional redactions, it is hereby **ORDERED** that Respondents' motion is **GRANTED**.  The information identified by Respondents with green highlighting in the version of the factual return submitted under seal to the Court as Appendix A to Respondents' supplemental motion is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding.  It is further **ORDERED** that Respondents file on the public record, through the Court's Electronic Case Filing system, a public version of the factual return from which the information that was highlighted in green in Appendix A to Respondents' supplemental motion has been redacted.

    **SO ORDERED**.

                                            /s/ John D. Bates
                                              JOHN D. BATES
                                    United States District Judge

Dated: December 26, 2012