**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| RIDUAN BIN ISOMUDDIN HAMBALI, | ) | |
| | ) | Civil Action No:  10-CV-00407 |
| Petitioner, | ) | |
| | ) | Judge John D. Bates |
| v. | ) | |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**NOTICE OF  WITHDRAWAL OF APPEARANCE**

Please take notice of the withdrawal of appearance of the following counsel on behalf of

Petitioner:

> CLAIRE R. CAHOON (LCvR 83.2(e))(Ohio Bar No. 0082335)
> Attorney at Law
> Office of the Federal Public Defender,
> Northern District of Ohio
> 617 Adams Street, 2nd Floor
> Toledo, OH 43604
> Telephone: (419) 259-7370; Fax: (419) 259-7375
> Email: claire_cahoon@fd.org

December 3, 2019                    Respectfully submitted,

                    STEPHEN C. NEWMAN
                    Federal Public Defender
                    Ohio Bar: 0051928

/s/ Claire R. Cahoon
CLAIRE R. CAHOON
Ohio Bar No. 0082335
Attorney at Law
Office of the Federal Public Defender,
        Northern District of Ohio
617 Adams Street, 2nd Floor
Toledo, OH 43604
Telephone: (419) 259-7370; Fax: (419) 259-7375
Email: claire_cahoon@fd.org